1 George M. Kraw (SBN 71551)
Katherine A. McDonough (CA Bar No. 241426)
2 Donna L. Kirchner (SBN 138320)
KRAW AND KRAW LAW GROUP
3 605 Ellis Street, Suite 200
Mountain View, CA 94043
4 Telephone: (650) 314-7800
Facsimile: (650) 314-7899
5 gkraw@kraw.com
kmcdonough@kraw.com
6 dkirchner@kraw.com

7 Counsel for Plaintiffs
Carpenters Pension Trust Fund for Northern California; and
8 Board of Trustees, Carpenters Pension Trust Fund for
Northern California
9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 SAN FRANCISCO / OAKLAND DIVISION

13 CARPENTERS PENSION TRUST FUND ) Case No.: C13-1063 SC
FOR NORTHERN CALIFORNIA, et al., )
14 ) **STIPULATION AND [PROPOSED] ORDER
Plaintiffs, ) EXTENDING DEADLINE TO FILE JOINT
15 ) DISCOVERY LETTER**
v. )
16 )
LINDQUIST FAMILY LLC, et al., ) Honorable Donna Ryu
17 )
Defendants. )
18 _____ )

19

20 WHEREAS this court issued an order on November 19, 2013 (see, docket no. 28), setting a

21 deadline of December 3, 2013 for the parties to file a joint letter regarding the discovery dispute that

22 was the subject of Plaintiffs' motion to compel (see docket no. 26), and

23 WHEREAS the parties would like additional time to further meet and confer, and

24 WHEREAS Defense counsel along with his clients and Ms. Bockmiller (the person to whom

25 the pertinent subpoena was directed) is evaluating whether to revise the privilege log and whether to

26 produce additional documents, and

27 WHEREAS Ms. Bockmiller is out of town from November 25, 2013 through November 29,

28 2013,

1  THEREFORE,

2  The parties hereby stipulate and jointly request that the deadline to file the joint discovery
3  letter be extended from December 3, 2013 to December 13, 2013.

4  DATED: November 25, 2013          KRAW & KRAW LAW GROUP

5

6                                    By: /s/ Donna Kirchner
                                      DONNA L. KIRCHNER
7                                     Attorneys for Carpenters Pension Trust Fund for Northern
                                      California; and Board of Trustees, Carpenters Pension Trust
8                                     Fund for Northern California

9

10 DATED: November 25th, 2013        McINERNEY & DILLON

11

12                                    By: [signature]
                                      TIMOTHY F. WINCHESTER
13                                    Attorney for Defendants Lindquist Family LLC and Elsie
                                      Lindquist
14

15 For good cause shown, IT IS SO ORDERED.

16 Dated:  November 25, 2013

17                                    _____
                                      Hon. Donna M. Ryu
18                                    UNITED STATES MAGISTRATE JUDGE