1  George M. Kraw (SBN 71551)
   Katherine A. McDonough (CA Bar No. 241426)
2  Donna L. Kirchner (SBN 138320)
   KRAW AND KRAW LAW GROUP
3  605 Ellis Street, Suite 200
   Mountain View, CA 94043
4  Telephone: (650) 314-7800
   Facsimile: (650) 314-7899
5  gkraw@kraw.com
   kmcdonough@kraw.com
6  dkirchner@kraw.com

7  Counsel for Plaintiffs
   Carpenters Pension Trust Fund for Northern California; and
8  Board of Trustees, Carpenters Pension Trust Fund for
   Northern California

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO / OAKLAND DIVISION

13 | CARPENTERS PENSION TRUST FUND  )  Case No.: C13-1063 SC
   | FOR NORTHERN CALIFORNIA, et al., )
14 |                                 )  STIPULATION AND [PROPOSED] ORDER
   |            Plaintiffs,          )  EXTENDING DEADLINE TO FILE JOINT
15 |                                 )  DISCOVERY LETTER
   | v.                              )
16 |                                 )
   | LINDQUIST FAMILY LLC, et al.,   )  Honorable Donna Ryu
17 |                                 )
   |            Defendants.          )
18 | _____  )

19

20     WHEREAS this court issued an order on November 19, 2013 (see, docket no. 28), setting a

21 deadline of December 3, 2013 for the parties to file a joint letter regarding the discovery dispute that

22 was the subject of Plaintiffs' motion to compel (see docket no. 26), and

23     WHEREAS the parties would like additional time to further meet and confer, and

24     WHEREAS Defense counsel along with his clients and Ms. Bockmiller (the person to whom

25 the pertinent subpoena was directed) is evaluating whether to revise the privilege log and whether to

26 produce additional documents, and

27     WHEREAS Ms. Bockmiller is out of town from November 25, 2013 through November 29,

28 2013,

1    THEREFORE,

2    The parties hereby stipulate and jointly request that the deadline to file the joint discovery
3    letter be extended from December 3, 2013 to December 13, 2013.

4    DATED: November 25, 2013          KRAW & KRAW LAW GROUP

6                                      By: /s/ Donna Kirchner
                                       DONNA L. KIRCHNER
7                                      Attorneys for Carpenters Pension Trust Fund for Northern
                                       California; and Board of Trustees, Carpenters Pension Trust
8                                      Fund for Northern California

10   DATED: November 25th, 2013        McINERNEY & DILLON

12                                     By: /s/ Timothy F. Winchester
                                       TIMOTHY F. WINCHESTER
13                                     Attorney for Defendants Lindquist Family LLC and Elsie
                                       Lindquist

15   For good cause shown, IT IS SO ORDERED.

16   Dated:   November 25, 2013

                                       _____
17
                                       Hon. Donna M. Ryu
18                                     UNITED STATES MAGISTRATE JUDGE