George M. Kraw (SBN 71551)
Katherine A. McDonough (CA Bar No. 241426)
Donna L. Kirchner (SBN 138320)
KRAW AND KRAW LAW GROUP
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
kmcdonough@kraw.com
dkirchner@kraw.com

Counsel for Plaintiffs
Carpenters Pension Trust Fund for Northern California; and
Board of Trustees, Carpenters Pension Trust Fund for
Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LINDQUIST FAMILY LLC, et al., <br><br> Defendants. | Case No.: C13-1063 SC <br><br> **STIPULATION AND [P~~ROPOSED~~] ORDER GRANTING LEAVE TO FILE PRIVILEGE LOG** <br><br> Honorable Donna Ryu |

WHEREAS this court issued an order on November 19, 2013 (see, docket no. 28), precluding the parties from filing any exhibits with any joint letters regarding discovery disputes; and

WHEREAS Plaintiffs and non-party Lauren Bockmiller (a member of Defendant Lindquist Family LLC) will be filing a joint letter today regarding a discovery dispute that primarily involves a claim of attorney-client privilege by Ms. Bockmiller on behalf of Defendants Lindquist Family LLC and Defendant Elsie Lindquist; and

WHEREAS Plaintiffs and Ms. Bockmiller believe that submission of the Revised Privilege Log will assist the court in evaluating their respective positions;

THEREFORE,

Plaintiffs and Ms. Bockmiller hereby stipulate and jointly request that the court grant leave

for them to submit a copy of the Revised Privilege Log in connection with their joint letter.

DATED: December 13, 2013        KRAW & KRAW LAW GROUP

By: /s/ Donna Kirchner
DONNA L. KIRCHNER
Attorneys for Carpenters Pension Trust Fund for Northern California; and Board of Trustees, Carpenters Pension Trust Fund for Northern California

DATED: December 13th, 2013      McINERNEY & DILLON

By: /s/ Timothy F. Winchester
TIMOTHY F. WINCHESTER
Attorney for Defendants Lindquist Family LLC and Elsie Lindquist (and representing non-party Lauren Bockmiller in connection with the subpoenas served on her in this action)

For good cause shown, IT IS SO ORDERED.

Dated: 12/17/13

/s/ Donna M. Ryu
Hon. Donna M. Ryu
UNITED STATES MAGISTRATE JUDGE