United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTER PENSION TRUST, | No. C-13-01063 DMR |
| Plaintiff(s), | **ORDER DENYING JOINT DISCOVERY LETTER [DOCKET NO. 31] WITHOUT PREJUDICE AND REQUIRING THE PARTIES TO FURTHER MEET AND CONFER** |
| v. | |
| LINDQUIST FAMILY LLC, | |
| Defendant(s). | |

Before the court is a joint discovery letter filed by Plaintiffs and non-party Lauren Bockmiller, on whom Plaintiffs served a subpoena. [Docket No. 31.] The letter indicates that the parties are still in the process of meeting and conferring regarding the disputes raised, e.g. Bockmiller has offered to review documents from 2012 and has offered to produce redacted copies of some of the documents which she had initially withheld in their entirety on the basis of attorney-client privilege, but Plaintiffs have not had an opportunity to respond.

In light of these statements, the court **denies** the joint discovery letter without prejudice and orders Plaintiffs and Bockmiller to continue to meet and confer about the discovery issues therein. If the parties are unable to resolve these issues without court intervention, they shall file a joint discovery letter regarding the remaining discovery issues by **January 9, 2014**, and Bockmiller shall simultaneously lodge with the court all documents listed on the privilege log in a binder with tabs

that correspond to the item number in the privilege log, and shall indicate with highlighting the portions of the documents she is withholding on the basis of privilege.

IT IS SO ORDERED.

Dated: December 27, 2013



DONNA M. RYU
United States Magistrate Judge