1    George M. Kraw (SBN 71551)
      Katherine A. McDonough (CA Bar No. 241426)
2    Donna L. Kirchner (SBN 138320)
      KRAW AND KRAW LAW GROUP
3    605 Ellis Street, Suite 200
      Mountain View, CA 94043
4    Telephone: (650) 314-7800
      Facsimile: (650) 314-7899
5    gkraw@kraw.com
      kmcdonough@kraw.com
6    dkirchner@kraw.com

7    Counsel for Plaintiffs
      Carpenters Pension Trust Fund for Northern California; and
8    Board of Trustees, Carpenters Pension Trust Fund for
      Northern California

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12            SAN FRANCISCO / OAKLAND DIVISION

13    CARPENTERS PENSION TRUST FUND    )      Case No.: C13-1063 SC
      FOR NORTHERN CALIFORNIA, et al.,     )
14                                )      **STIPULATION AND [PROPOSED] ORDER**
                Plaintiffs,         )      **EXTENDING DEADLINE TO SUBMIT**
15                                )      **FURTHER JOINT DISCOVERY LETTER**
           v.                      )
16                                )      Honorable Donna M. Ryu
      LINDQUIST FAMILY LLC, et al.,        )
17                                )
               Defendants.       )
18    _____ )

19

20        WHEREAS on January 17, 2014, this court issued an order in which Judge Ryu directed

21    counsel for Plaintiffs and counsel for Ms. Bockmiller to engage in further meet and confer efforts

22    and set a deadline of January 31, 2014 for them to submit a further Joint Discovery Letter regarding

23    any remaining disputes, and

24        WHEREAS on January 23, 2013 counsel for Plaintiffs, Donna Kirchner, and counsel for

25    Ms. Bockmiller, Neil Bui, engaged in further meet and confer discussions by telephone but were

26    unable to resolve the entire dispute, and

27        WHEREAS two depositions are scheduled in this case on January 30, 2014 and Plaintiffs'

28    counsel has summary judgment briefing due in an unrelated case on January 31, 2014, which limits

1  the time available for the parties to prepare the joint letter regarding Ms. Bockmiller's document

2  production, and

3       WHEREAS time is needed for Ms. Bockmiller to produce the additional documents her

4  counsel has agreed to produce and for Plaintiffs' counsel to review the documents,

5       THEREFORE,

6       The parties hereby stipulate, and jointly request, that the court extend the deadline set for

7  submitting a further Joint Discovery Letter be extended from January 31, 2014 to February 5, 2014.

8  DATED: January _27_, 2014          KRAW & KRAW LAW GROUP

9

10                                   By: _/s/ Donna Kirchner_____
                                     DONNA L. KIRCHNER
11                                   Attorneys for Carpenters Pension Trust Fund for Northern
                                     California; and Board of Trustees, Carpenters Pension Trust
12                                   Fund for Northern California

13

14  DATED: January _27_, 2014          McINERNEY & DILLON

15

16                                   By: _/s/ Neil Bui_____
                                     NEIL BUI
17                                   Attorney for Non-Party Lauren Bockmiller and Defendants
                                     Lindquist Family LLC and Elsie Lindquist
18

19  For good cause shown, IT IS SO ORDERED.

20  Dated: ___January 27, 2014___

21

22                                   _____
                                     Hon. Donna M. Ryu
23                                   UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28