1  Timothy F. Winchester (SBN 54826)
   Neil H. Bui (SBN 215108)
2  McInerney & Dillon, P.C.
   1999 Harrison Street, Suite 1700
3  Oakland, California 94612-4700
   Telephone (510) 465-7100
4  Facsimile (510) 465-8556
   Email: tfw@mcinerney-dillon.com
5          nhb@mcinerney-dillon.com

6  Attorneys For Defendants LINDQUIST
   FAMILY LLC and ELSIE HELEN LINDQUIST

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO / OAKLAND DIVISION

11

12 CARPENTERS PENSION TRUST FUND          ) Case No. CV 13 1063 SC
   FOR NORTHERN CALIFORNIA; and           )
13 BOARD OF TRUSTEES, CARPENTERS          ) STIPULATION AND [PROPOSED]
   PENSION TRUST FUND FOR NORTHERN        ) ORDER TO CONTINUE HEARING
14 CALIFORNIA,                            ) DATE AND BRIEFING SCHEDULE
                                          ) FOR PLAINTIFFS' MOTION FOR
15              Plaintiffs,               ) SUMMARY JUDGMENT
                                          )
16       v.                               )
                                          ) DATE:  April 18, 2014
17 LINDQUIST FAMILY LLC, MARK ALAN        ) TIME:  10:00 a.m.
   LINDQUIST and ELSIE HELEN              ) DEPT:  Courtroom 1
18 LINDQUIST,                             )        The Honorable Samuel Conti
                                          )
19              Defendants.               )
                                          )
20 _____)

21       Pursuant to Local Rule 7-7, the Parties hereby stipulate to continue the hearing date for

22 Plaintiffs' Motion For Summary Judgment from April 18, 2014, at 10:00 a.m., to May 23, 2014,

23 at 10:00 a.m., or as soon thereafter as the Court can hear the motion.

24       As of the date of this Stipulation and [Proposed] Order, Defendants' Opposition has not

25 been filed and is not yet due.

26       The Parties further stipulate and request that the Court continue the date for Opposition

27 and Reply papers pursuant to the new hearing date.

28
                                              1

Counsel for Defendants is currently preparing for a jury trial set to begin on April 21, 2014. This preparation will include eight expert witness depositions and numerous percipient witness depositions, scheduled over the next three weeks. All Parties agree that this brief continuance will allow Defendants time to prepare a proper and efficient Opposition for the Court.

Dated: March 27, 2014         MCINERNEY & DILLON, PC

By    /s/ Neil H. Bui
Timothy F. Winchester
Neil H. Bui
Attorneys for Defendants
LINDQUIST FAMILY LLC and
ELSIE HELEN LINDQUIST

Dated: March 27, 2014         KRAW & KRAW LAW GROUP

By    /s/ Donna L. Kirchner
Donna L. Kirchner
Attorneys for Plaintiffs
CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES, CARPENTERS PENSION TRUST FUND OF NORTHERN CALIFORNIA

Dated: March 27, 2014         DHILLON & SMITH, LLP

By    /s/ Harold P. Smith
Harold P. Smith, Esq.
Attorneys for Defendant
MARK ALAN LINDQUIST

///

///

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT         CASE NO. CV 13 1063 SC

**ORDER**

For GOOD CAUSE shown above, it is ORDERED, as follows:

(1) The hearing date for Plaintiffs' Motion For Summary Judgment is continued to ~~May 23, 2014~~ May 30, 2014;

(2) Any opposition papers shall be filed and served no later than May 9, 2014;

(3) Any Reply papers shall be filed and served no later than May 16, 2014.

DATED: 03/27/2014

_____
Judge Samuel Conti
UNITED STATES DISTRICT COURT JUDGE

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE FOR
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT                    CASE NO. CV 13 1063 SC