United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARPENTER PENSION TRUST,

    Plaintiff(s),

    v.

LINDQUIST FAMILY LLC,

    Defendant(s).
_____/

No. C-13-01063 DMR

**ORDER REQUIRING LAUREN BOCKMILLER TO FILE PRIVILEGE LOG**

Before the court is a joint discovery letter filed by Plaintiffs and non-party Lauren Bockmiller. [Docket No. 47.] Bockmiller is ordered to file a privilege log for any responsive documents dated 2012 to 2013 which she claims are protected by any privilege. The privilege log shall be filed by **April 9, 2014 at 4:30 p.m.**

IT IS SO ORDERED.

Dated: April 8, 2014

_____
DONNA M. RYU
United States Magistrate Judge