United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARPENTER PENSION TRUST,

        Plaintiff(s),

    v.

LINDQUIST FAMILY LLC,

        Defendant(s).
_____/

No. C-13-01063 DMR

**ORDER REQUIRING LAUREN BOCKMILLER TO BRING DOCUMENTS TO HEARING**

    Before the court is a joint discovery letter filed by Plaintiffs and non-party Lauren Bockmiller. [Docket No. 47.] Bockmiller is ordered to bring responsive documents dated 2012 to 2013 which she claims are protected by any privilege to the hearing on the discovery letter, which remains scheduled for **April 10, 2014 at 11:00 a.m.**

    IT IS SO ORDERED.

Dated: April 9, 2014

_____
DONNA M. RYU
United States Magistrate Judge