George M. Kraw (SBN 71551)
Katherine A. McDonough (CA Bar No. 241426)
Donna L. Kirchner (SBN 138320)
KRAW AND KRAW LAW GROUP
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
kmcdonough@kraw.com
dkirchner@kraw.com

Counsel for Plaintiffs
Carpenters Pension Trust Fund for Northern California; and
Board of Trustees, Carpenters Pension Trust Fund for
Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LINDQUIST FAMILY LLC, et al., <br><br> Defendants. | Case No.: C13-1063 SC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT JOINT DISCOVERY LETTER** <br><br> Honorable Donna M. Ryu |

WHEREAS on April 11, 2014, this court issued an order in which Judge Ryu directed Ms. Bockmiller to produce redacted copies of certain documents by 5:00 p.m. on Monday, and providing that "if there are any disputes about these documents, the parties shall meet and confer and file a joint discovery letter by close of business on 4/18/2014," and

WHEREAS Ms. Bockmiller timely produced the redacted documents, and

WHEREAS Plaintiffs believe too much information was redacted from the documents; and

WHEREAS the parties need additional time to meet and confer, and

THEREFORE,

The parties hereby stipulate and jointly request that the deadline for submitting the joint

1 | discovery letter be extended from April 18, 2014 to April 30, 2014.

2 | DATED: April_16_, 2014     KRAW & KRAW LAW GROUP

By: __/s/_____
DONNA L. KIRCHNER
Attorneys for Carpenters Pension Trust Fund for Northern California; and Board of Trustees, Carpenters Pension Trust Fund for Northern California

8 | DATED: April_16_, 2014     McINERNEY & DILLON

By: __/s/_____
NEIL H. BUI
Attorney for Defendants Lindquist Family LLC and Elsie Lindquist, and for non-party Lauren Bockmiller

14 | For good cause shown, IT IS SO ORDERED.

15 | Dated: __April 17,__ 2014

_____
Hon. Donna M. Ryu
UNITED STATES MAGISTRATE JUDGE

## ATTESTATION

I, Donna L. Kirchner, attest that signatory Neil H. Bui has read and approved the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT JOINT DISCOVERY LETTER** and has consented to its filing in this action.

>  /s/
> Donna L. Kirchner