George M. Kraw (SBN 71551)
Katherine A. McDonough (CA Bar No. 241426)
Donna L. Kirchner (SBN 138320)
KRAW AND KRAW LAW GROUP
605 Ellis Street, Suite 200
Mountain View, CA 94043
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
gkraw@kraw.com
kmcdonough@kraw.com
dkirchner@kraw.com

Counsel for Plaintiffs
Carpenters Pension Trust Fund for Northern California; and
Board of Trustees, Carpenters Pension Trust Fund for
Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>LINDQUIST FAMILY LLC, et al.,<br><br>   Defendants. | Case No.: C13-1063 SC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT JOINT DISCOVERY LETTER**<br><br>Honorable Donna M. Ryu |

WHEREAS on April 11, 2014, this court issued an order in which Judge Ryu directed Ms. Bockmiller to produce redacted copies of certain documents by 5:00 p.m. on Monday, and providing that "if there are any disputes about these documents, the parties shall meet and confer and file a joint discovery letter by close of business on 4/18/2014," and

WHEREAS Ms. Bockmiller timely produced the redacted documents, and

WHEREAS Plaintiffs believe too much information was redacted from the documents; and

WHEREAS this court previously granted a stipulation and order extending the deadline for submitting any further joint discovery letter to April 30, 2014, and

WHEREAS the parties met and conferred, and Ms. Bockmiller, through her counsel, has

1  agreed to unredact portions of the documents that were originally redacted, and

2      WHEREAS the parties need additional time for Plaintiffs' counsel to review the copies of the

3  less-redacted documents after they are produced in order to determine whether a further meet and

4  confer, and possibly a further joint discovery letter, are necessary,

5      THEREFORE,

6      The parties hereby stipulate and jointly request that the deadline for submitting the joint

7  discovery letter be extended from April 30, 2014 to May 9, 2014.

8  DATED: April _29_, 2014       KRAW & KRAW LAW GROUP

10      By: _/s/ Donna Kirchner_
    DONNA L. KIRCHNER
11      Attorneys for Carpenters Pension Trust Fund for Northern
    California; and Board of Trustees, Carpenters Pension Trust
12      Fund for Northern California

14  DATED: April _29_, 2014       McINERNEY & DILLON

16      By: _/s/_
    NEIL H. BUI
17      Attorney for Defendants Lindquist Family LLC and Elsie
    Lindquist, and for non-party Lauren Bockmiller

20  For good cause shown, IT IS SO ORDERED.

21  Dated: ___4/30/2014___

23      Hon. Donna M. Ryu
    UNITED STATES MAGISTRATE JUDGE

**ATTESTATION**

I, Donna L. Kirchner, attest that signatory Neil H. Bui has read and approved the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT JOINT DISCOVERY LETTER** and has consented to its filing in this action.

                                        */s/ Donna Kirchner*
                                        Donna L. Kirchner