```
 1  Timothy F. Winchester (SBN 54826)
    Neil H. Bui (SBN 215108)
 2  McInerney & Dillon, P.C.
    1999 Harrison Street, Suite 1700
 3  Oakland, California 94612-4700
    Telephone (510) 465-7100
 4  Facsimile (510) 465-8556
    Email: tfw@mcinerney-dillon.com
 5         nhb@mcinerney-dillon.com

 6  Attorneys For Defendants LINDQUIST
    FAMILY LLC and ELSIE HELEN LINDQUIST
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES, CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>LINDQUIST FAMILY LLC, MARK ALAN LINDQUIST and ELSIE HELEN LINDQUIST,<br><br>Defendants. | Case No. CV 13 1063 SC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS FEES<br><br>DATE: November 14, 2014<br>TIME: 10:00 a.m.<br>DEPT: Courtroom 1<br>The Honorable Samuel Conti |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7-12, the Parties hereby stipulate to and request that the Court continue the date to file the Opposition and Reply papers as set forth below or as nearest the dates as is convenient to the Court.

(1) Opposition papers shall be filed and served no later than October 24, 2014;

(2) Reply papers shall be filed and served no later than October 31, 2014.

1

The Parties agree that the requested continuance is in the interest of judicial economy and will allow the Parties to prepare efficient briefs for the Court.

The parties have agreed to an informal conference in an attempt to achieve a global resolution of the remaining issues in this matter, including the issues raised in Plaintiff's motion. Such a resolution would render this current motion moot. Due to the schedule of counsel, it is anticipated that the conference will take place during the first two weeks of October.

Dated: September 24, 2014                MCINERNEY & DILLON, PC

                                         /s/ Neil H. Bui
                                      By _____
                                         Timothy F. Winchester
                                         Neil H. Bui
                                         Attorneys for Defendants
                                         LINDQUIST FAMILY LLC and
                                         ELSIE HELEN LINDQUIST

Dated: September 24, 2014                KRAW & KRAW LAW GROUP

                                         /s/ Donna L. Kirchner
                                      By _____
                                         Donna L. Kirchner
                                         Attorneys for Plaintiffs
                                         CARPENTERS PENSION TRUST FUND FOR
                                         NORTHERN CALIFORNIA; and BOARD OF
                                         TRUSTEES, CARPENTERS PENSION TRUST
                                         FUND OF NORTHERN CALIFORNIA

Dated: September 24, 2014                DHILLON & SMITH, LLP

                                         /s/ Harold P. Smith
                                      By _____
                                         Harold P. Smith, Esq.
                                         Attorneys for Defendant
                                         MARK ALAN LINDQUIST

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES                                                          CASE NO. CV 13 1063 SC

## **ORDER**

For GOOD CAUSE shown above, it is ORDERED, as follows:

(3) Any Opposition papers shall be filed and served no later than <u>October 24, 2014</u>;

(4) Any Reply papers shall be filed and served no later than <u>October 31, 2014</u>.

DATED: 09/25/2014

_____
The Honorable
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Signature: Judge Samuel Conti]*